FILED 11 JUN '26 11:14 USDC-ORP

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Oregon

Multnomah Division

|  |  |
|---|---|
| Laurence Woods<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br><br><br>Asim Yasin, Branch Manager<br>Paul Doe, Security Guard<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No.  3:26-cv-1183 AN<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No<br>                                 X |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Laurence Woods |
| Street Address | 6465 NE Martin Luther King Jr Blvd, Apt. 410 |
| City and County | Portland, Multnomah |
| State and Zip Code | Oregon 97211 |
| Telephone Number | (503) 496-6257 |
| E-mail Address | WoodsLaurence27@gmail.com |

Page  of 6

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Asim Yasin |
| Job or Title *(if known)* | Branch Manager |
| Street Address | 5505 NE Martin Luther King Jr. Blvd. |
| City and County | Portland, Multnomah |
| State and Zip Code | Oregon, 97211 |
| Telephone Number | (503)275-5033 |
| E-mail Address *(if known)* | asim.yasin@usbank.com |

Defendant No. 2

| | |
|---|---|
| Name | Paul Doe |
| Job or Title *(if known)* | Security Guard |
| Street Address | 5505 NE Martin Luther King Jr. Blvd. |
| City and County | Portland, Multnomah |
| State and Zip Code | Oregon 97211 |
| Telephone Number | (503)275-5033 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐  Federal question                    ☐  Diversity of citizenship
X

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

> 42 U.S.C. §1981(Civil Rights Act of 1866),
> Bill Of Rights,
> Hate Crimes Prevention Act,
> Equal Credit Opportunity Act (ECOA)

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant,  *(name)* _____ , is a citizen of

        the State of *(name)* _____ . Or is a citizen of

        *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant,  *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

On or about March 20, 2025 I closed my Checking Account at US Bank located at 5505 NE MLK Jr Blvd, Portland, OR 97211 due to the fact the Branch Manager, Asim Yasin treated me horribly and said "We don't want your business Nigger" other customers heard him and audibly gasped. I immediately closed my account and went outside to call law enforcement. Mr. Yasim sent the security guard named Paul after me and he followed me with his hand on his firearm as an act of intimidation. I was walking back and forth on the side of the bank while on the phone with the 911 dispatcher and Paul grabbed his phone and called 911 (the recorded call is on file with dispatch) and told them he was the security guard of the bank and did not want or need them to come. The police never came. I was contacted by the US Bank Corporate Office and they took a report of the incident. They said someone would be in contact with me but that never happened. On or about April 1, 2025 someone in US Bank reopened my account. Once I was aware my account was reopened I went into the branch April 29, 2025 to withdraw my funds and Mr. Yasin started yelling "You can't come in here". I reclosed my account again on April 30, 2025.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief can be granted by issuing a Declaratory Judgment against Defendants in the amount of $100,000, as well as Compensatory Damages in the amount of $100,000. I have had to switch to another bank that is very inconvenient and out of my way. I feel anxiety everytime I walk by the bank, worried that the security guard, Paul, is going to come out and take my life.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _____

Signature of Plaintiff  _____

Printed Name of Plaintiff    Laurence Woods

### B.    For Attorneys

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Date of signing: _____

Signature of Attorney              _____

Printed Name of Attorney           _____

Bar Number                         _____

Name of Law Firm                   _____

Street Address                     _____

State and Zip Code                 _____

Telephone Number                   _____

E-mail Address                     _____

